Theresa Sauer, Wyoming Bar #7-5063
Bret Sumner (pro hac vice pending)
Malinda Morain (pro hac vice pending)
BEATTY & WOZNIAK, P.C.
1675 Broadway, Suite 600
Denver, CO 80202
(303) 407-4499 (phone)
tsauer@bwenergylaw.com
bsumner@bwenergylaw.com
mmorain@bwenergylaw.com

*Counsel for Western Energy Alliance*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESTERN ENERGY ALLIANCE and the STATE OF WYOMING,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, DOUG BURGUM, in his official capacity as Secretary, BUREAU OF LAND MANAGEMENT, a part of the U.S. Department of the Interior, BILL GROFFY, in his official capacity as Director of the Bureau of Land Management,<br><br>Defendants. | Case No. 1:25-cv-00299-KHR |

## PRAECIPE FOR SUMMONSES DIRECTED TO DEFENDANTS

To the Clerk of the United States District Court for the District of Wyoming:

Please issue a Summons directed to each Defendant as follows:

Doug Burgum
Secretary of the Interior
1849 C St., NW
Washington, DC 20240

United States Bureau of Land Management
1849 C St., NW
Room 5665
Washington, DC 20240

Doug Burgum
Secretary of the Interior
c/o United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Bureau of Land Management
c/o United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Doug Burgum
Secretary of the Interior
c/o Civil Process Clerk
U. S. Attorney's Office
District of Wyoming
Post Office Box 668
Cheyenne, WY 82003-0668

United States Bureau of Land Management
c/o Civil Process Clerk,
U. S. Attorney's Office
District of Wyoming
Post Office Box 668
Cheyenne, WY 82003-0668

Respectfully submitted this 10th day of March 2026.

*/s/ Theresa M. Sauer*
Theresa Sauer, Wyoming Bar #7-5063
BEATTY & WOZNIAK, P.C.
Bret Sumner (pro hac vice pending)
Malinda Morain (pro hac vice pending)
BEATTY & WOZNIAK, P.C.
1675 Broadway, Suite 600
Denver, CO 80202
(303) 407-4499 (phone)
tsauer@bwenergylaw.com
bsumner@bwenergylaw.com
mmorain@bwenergylaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of March 2026, I filed the foregoing

**PRAECIPE FOR SUMMONSES DIRECTED TO DEFENDANTS** using the United States

District Court CM/ECF system, which electronically served all counsel of record.


*/s/ Theresa M. Sauer*
Theresa Sauer
*Counsel for Western Energy Alliance*