# UNITED STATES DISTRICT COURT
for the

District of Wyoming

| | |
|---|---|
| WESTERN ENERGY ALLIANCE and the STATE OF WYOMING<br><br>*Plaintiff(s)*<br><br>v.<br><br>U.S. DEPT. OF INTERIOR, DOUG BURGUM in his official capacity as Secretary, BUREAU OF LAND MANAGEMENT, BILL GROFFY, in his official capacity as Director of Bureau of Land Management<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:25-cv-00299-KHR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* United States Bureau of Land Management
1849 C Street, NW
Room 5665
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bret Sumner
Malinda Morain
Theresa Sauer
Beatty & Wozniak, P.C.
1675 Broadway, Suite 600
Denver, CO 80202

Ethan Paddison
Assistant Attorney General
Shannon Leininger
Assistant Attorney General
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/10/2026

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.  1:25-cv-00299-KHR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

District of Wyoming

| | |
|---|---|
| WESTERN ENERGY ALLIANCE and the STATE OF WYOMING<br><br>*Plaintiff(s)*<br><br>v.<br><br>U.S. DEPT. OF INTERIOR, DOUG BURGUM in his official capacity as Secretary, BUREAU OF LAND MANAGEMENT, BILL GROFFY, in his official capacity as Director of Bureau of Land Management<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:25-cv-00299-KHR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Bureau of Land Management
c/o United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bret Sumner
Malinda Morain
Theresa Sauer
Beatty & Wozniak, P.C.
1675 Broadway, Suite 600
Denver, CO 80202

Ethan Paddison
Assistant Attorney General
Shannon Leininger
Assistant Attorney General
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  3/10/2026

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.  1:25-cv-00299-KHR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

District of Wyoming

| | |
|---|---|
| WESTERN ENERGY ALLIANCE and the STATE OF WYOMING <br><br> *Plaintiff(s)* <br><br> v. <br><br> U.S. DEPT. OF INTERIOR, DOUG BURGUM in his official capacity as Secretary, BUREAU OF LAND MANAGEMENT, BILL GROFFY, in his official capacity as Director of Bureau of Land Management <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   1:25-cv-00299-KHR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Bureau of Land Management
c/o Civil Process Clerk
U.S. Attorney's Office
P.O. Box 668
Cheyenne, WY 82003-0668

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bret Sumner
Malinda Morain
Theresa Sauer
Beatty & Wozniak, P.C.
1675 Broadway, Suite 600
Denver, CO 80202

Ethan Paddison
Assistant Attorney General
Shannon Leininger
Assistant Attorney General
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   3/10/2026

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.  1:25-cv-00299-KHR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

 ❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

 ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

 ❐ I returned the summons unexecuted because _____ ; or

 ❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Wyoming

| | | |
|---|---|---|
| WESTERN ENERGY ALLIANCE and the STATE OF WYOMING | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-00299-KHR |
| U.S. DEPT. OF INTERIOR, DOUG BURGUM in his official capacity as Secretary, BUREAU OF LAND MANAGEMENT, BILL GROFFY, in his official capacity as Director of Bureau of Land Management | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Doug Burgum
Secretary of Department of Interior
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bret Sumner
Malinda Morain
Theresa Sauer
Beatty & Wozniak, P.C.
1675 Broadway, Suite 600
Denver, CO 80202

Ethan Paddison
Assistant Attorney General
Shannon Leininger
Assistant Attorney General
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/10/2026

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.  1:25-cv-00299-KHR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Wyoming

| | | |
|---|---|---|
| WESTERN ENERGY ALLIANCE and the STATE OF WYOMING | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:25-cv-00299-KHR |
| U.S. DEPT. OF INTERIOR, DOUG BURGUM in his official capacity as Secretary, BUREAU OF LAND MANAGEMENT, BILL GROFFY, in his official capacity as Director of Bureau of Land Management | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Doug Burgum
Secretary of Department of Interior
c/o United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bret Sumner
Malinda Morain
Theresa Sauer
Beatty & Wozniak, P.C.
1675 Broadway, Suite 600
Denver, CO 80202

Ethan Paddison
Assistant Attorney General
Shannon Leininger
Assistant Attorney General
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/10/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-cv-00299-KHR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____                           _____
                                                           *Server's signature*

                                                           _____
                                                           *Printed name and title*

                                                           _____
                                                           *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Wyoming

| | |
|---|---|
| WESTERN ENERGY ALLIANCE and the STATE OF WYOMING<br><br>*Plaintiff(s)*<br><br>v.<br><br>U.S. DEPT. OF INTERIOR, DOUG BURGUM in his official capacity as Secretary, BUREAU OF LAND MANAGEMENT, BILL GROFFY, in his official capacity as Director of Bureau of Land Management<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:25-cv-00299-KHR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Doug Burgum
Secretary of Department of Interior
c/o Civil Process Clerk
U.S. Attorney's Office
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003-0668

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bret Sumner
Malinda Morain
Theresa Sauer
Beatty & Wozniak, P.C.
1675 Broadway, Suite 600
Denver, CO 80202

Ethan Paddison
Assistant Attorney General
Shannon Leininger
Assistant Attorney General
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  3/10/20206 _____     _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.  1:25-cv-00299-KHR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: