**FILED**



*10:02 am, 6/10/26*

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **WESTERN ENERGY ALLIANCE** et al., | |
| Petitioners, | |
| vs. | Case No. 25-CV-00299-KHR |
| **UNITED STATES DEPARTMENT OF INTERIOR** et al., | |
| Respondents. | |

## ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THE ADMINISTRATIVE RECORD

**THIS MATTER** comes before the Court on the Respondents' *Unopposed Motion for an Extension of Time to File the Administrative Record* (the "*Motion*"). ECF No. 21. Having reviewed the *Motion* and being fully advised, the Court **GRANTS** the *Motion*.

U.S.D.C.L.R. 83.6(b)(2) states that, "[u]nless a different time is provided by statute or otherwise ordered by the Court, the agency shall file the record with the Clerk of Court within ninety (90) days of proper service of the complaint or petition for review." Thereafter, "[s]upplementation of the record will be allowed only upon leave of Court," and "[a]ny request for completion of the record, or for consideration of extra-record evidence, must be filed within fourteen (14) days after the record was filed." *Id*. at 83.6(b)(3).

The rule further explains that, "[u]nless otherwise ordered by the Court, the party seeking review must serve and file an opening brief within forty-five (45) days after the

date on which the record is filed. If a motion is filed under (b)(3) of this rule, plaintiff/petitioner must serve and file an opening brief within forty-five (45) days after the date either (1) a supplemental record is filed; or (2) the motion is denied. The responding party must serve and file a brief within thirty (30) days after service of the opening brief. The plaintiff/petitioner may serve and file a reply brief within fourteen (14) days after service of the responsive brief." *Id*. at 83.6(c).

This *Motion* provides that "the administrative record is currently due on June 15, 2026," and "[a]lthough substantial progress has been made, several tasks remain due to the size and complexity of the record." ECF No. 21 at 2. The *Motion* states that, "Respondents need additional time to complete review of materials collected, review materials for proper formatting, complete the indexing, finalize privilege review, and finalize the record for filing." *Id*.

The Court finds that good cause exists to grant the requested extension of time. Accordingly, the Court orders the following briefing schedule:

- Respondents shall file the administrative record on or before **Monday, July 13, 2026**.
- Any motions to complete the administrative record shall be filed on or before **Monday, July 27, 2026**.
- Petitioners' Opening Brief shall be filed on or before **Thursday, August 27, 2026** (45 days after the designation of the administrative record).
- Respondents' Responsive Brief shall be filed on or before **Monday, September 28, 2026** (30 days after the filing of the Opening Brief).
- Petitioners' Reply Brief shall be filed on or before **Tuesday, October 13, 2026** (14 days after the filing of the Responsive Brief).

**IT IS SO ORDERED**.

Dated this  10th  day of June, 2026.

Scott P. Klosterman
United States Magistrate Judge